In The United States Bankruptcy Court
For The Southern District of Texas
Galveston Division

In Re: Steven Lane Jenkins
     Debtor(s)

Case No: 15-80367-G1-13

**MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS**

COMES NOW, William E. Heitkamp, Chapter 13 Trustee filing this MOTION TO DISMISS, and would show the Court as follows:

The Chapter 13 Trustee moves to dismiss this case based on the debtor(s), failure to make required payments. At the time of the filing of this motion the debtors are delinquent $4625.00, an amount constituting not less than 2 months of required payments.

The total amount of the payments due under the plan at the time of the filing of this motion is $116,500.00. The total of all funds paid to the Trustee as of the date of filing of this motion is $111,875.00. An itemized payment history may be obtained by contacting the Trustee's office by phone or accessing the National Datacenter's website at www.NDC.org.

NOTICE TO DEBTORS: YOU MUST DO ONE OF THE FOLLOWING:

1. BRING YOUR PAYMENTS CURRENT WITHIN 15 DAYS OF THE DATE ON THIS MOTION.

2. FILE A RESPONSE WITHIN 15 DAYS THAT SHOWS THAT YOUR PAYMENTS ARE CURRENT.

IF YOU FAIL TO DO SO, THE BANKRUPTCY COURT WILL PROBABLY DISMISS YOUR BANKRUPTCY CASE AND MAY DO SO WITHOUT A HEARING. THE BANKRUPTCY COURT WILL NOT ALLOW PAYMENTS TO BE MADE AT THE HEARING.

If a timely response is filed, a hearing will be held on January 04, 2019 at 1:30 pm on the 7th Floor of the Federal Building, 601 Rosenberg Street, Galveston, TX.

WHEREFORE, the Trustee prays that the Court enter an Order of Dismissal or such other relief as may be deemed just and appropriate.

Respectfully Submitted,

/s/ William E. Heitkamp, Trustee
William E. Heitkamp, Trustee
Admissions Id. No. 3857
Kenneth P. Thomas, Staff Attorney
Admissions Id. No. 1347
Tiffany D. Castro, Staff Attorney
Admission Id. No. 1419995
Yvonne V. Valdez, Staff Attorney
Admissions Id. No. 1129795
9821 Katy Freeway, Suite 590
Houston, Texas 77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on or before 11/09/2018, a true and correct copy of the foregoing Chapter 13 Trustee's Motion to Dismiss was served on the parties listed below in the manner shown below.

By First Class Mail:

Steven Lane Jenkins

16865 Diana Lane, Ste. 100
Houston, Tx  77058

Via ECF on the date the pleading was filed:
ROOT, THOMAS M, Debtor's Attorney

Office of the US Trustee

/s/ William E. Heitkamp